THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

RUTH V. BATES, :
:
        Plaintiff, :
:
v. : 3:20-CV-954
: (JUDGE MARIANI)
U.S. GOVT. and/or JANE/JOHN DOE(S), :
:
        Defendants. :

## ORDER

AND NOW, THIS 24th DAY OF NOVEMBER, 2020, upon review of Chief Magistrate Judge Schwab's Report and Recommendation ("R&R") (Doc. 5) for clear error or manifest injustice, **IT IS HEREBY ORDERED THAT**:

1. The R&R (Doc. 5) is **ADOPTED** for the reasons stated therein.

2. Plaintiff's Complaint (Doc. 1) is **DISMISSED WITHOUT PREJUDICE**.

3. The Clerk of Court is directed to **CLOSE** the above-captioned action.

                                                    _/s/ Robert D. Mariani_
                                                    Robert D. Mariani
                                                    United States District Judge